UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALLAN DAVID HARDY,

Plaintiff,

v.

DEE ANN CELUSTA,
KRISTI, ACCOUNTS MOOSE LAKE,

Defendant.

Civil No. 01-458 JMR/AJB

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated March 15, 2001, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is **DENIED**;

2. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

3. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $150, in accordance with 28 U.S.C. § 1915(b)(2); and

4. For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

DATED: April 4th, 2001.

Judge James M. Rosenbaum
U. S. District Court

FILED APR - 5 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 6 2001
DEPUTY CLERK