# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Allan David Hardy

Plaintiff

v.

Dee Ann Celusta,
Kristi, Accounts Moose Lake

Defendants

Case No. Civil 01-458 JMR/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied. This action is summarily dismissed. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $150.00. This action is dismissed on the grounds that it this frivolous, malicious or fails to state a claim on which relief may be granted.

DATE: April 5, 2001

FRANCIS E. DOSAL, CLERK

________________________________

Victoria Moralez, Deputy Clerk