Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641022463
Cashier ID: dbell
Transaction Date: 04/07/2008
Payer Name: MCF LINO LAKES

---

PLRA CIVIL FILING FEE
For: ALLAN DAVID HARDY
Case/Party: D-MNX-0-01-CV-000458-001
Amount: $63.37

---

CHECK
Check/Money Order Num: 90185
Amt Tendered: $63.37

---

Total Due: $63.37
Total Tendered: $63.37
Change Amt: $0.00

SCANNED
APR 08 2008
U.S. DISTRICT COURT MPLS